# JOHN H. CHOI & ASSOCIATES LLC

### INTELLECTUAL PROPERTY LAW

65 CHALLENGER ROAD, SUITE 100

RIDGEFIELD PARK, NEW JERSEY 07660

201.580.6600

JCHOILAW.COM

JOHN H. CHOI
jchoi@jchoilaw.com

September 16, 2022

Clerk of the Court
U.S. District Court, D.N.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    **K9 Sport Sack, LLC v. Little Chonk Company,
2:22-cv-05120-ES-CLW (D.N.J.)**

Dear Sir/Madam:

    Our firm represents Plaintiff K9 Sport Sack, LLC in this matter and we write to request that this case not be designated for compulsory arbitration pursuant to Local Rule 201.01.

    The Complaint in this action was filed on August 19, 2022 and Defendant Little Chonk Company's response to the Complaint in currently due on October 12, 2022. As stated in the Complaint, Plaintiff seeks damages in amounts to be proven at trial and believes that recoverable damages exceed $150,000, exclusive of interest and costs and any claim for punitive damages. Therefore, Plaintiff respectfully requests that this case not be designated for compulsory arbitration.

    Thank you for your attention to this matter and please let us know if you have any questions.

                                          Sincerely yours,

                                          */John H. Choi/*

                                          John H. Choi

cc:    Evan M. Lazerowitz, Esq. (via email - elazerowitz@cooley.com)