IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| K9 SPORT SACK, LLC., a Utah limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>LITTLE CHONK COMPANY, a Delaware corporation,<br><br>        Defendant. | Civil Action No: 2:22-CV-05120-ES-CLW<br><br>**CERTIFICATION OF**<br><br>**KURTIS M. HENDRICKS** |

I, Kurtis M. Hendricks, in support of my application to the Court under Local Rule 101.1(c) for *pro hac vice* admission to appear in this action as counsel for Plaintiff K9 Sport Sack, LLC ("Plaintiff") hereby certify the following:

1. I am an attorney with the firm of Thorpe North & Western, LLP located at 175 S. Main St., Ste. 900, Salt Lake City, UT 84111.

2. I have been requested to represent Plaintiff in this matter.

3. I am licensed, admitted and in good standing in the Bar of the State of Utah, having been admitted to practice in 2015. The office maintaining the Bar of the State of Utah's roll of members is located at 645 South 200 East, Salt Lake City, UT 84111.

4. I have not been the subject of any disciplinary proceedings and have not been denied admission to any state or federal court, and I know of no disciplinary action pending against me in any jurisdiction.

5. If this Court extends to me the privilege of admission *pro hac vice*, I shall:

      (a)    Make a payment of $212.00 to the New Jersey Lawyers' Fund for Client as provided by New Jersey Court Rule 1:28-2(a) in accordance with Local Rule 101.1(c)(2);

      (b)    Make a payment of $150.00 to the Clerk of the Court in accordance with Local Rule 101.1(c)(3);

      (c)    Abide by all of the provisions of the Rules governing the Courts of the State of New Jersey, including all disciplinary rules and Rule 101.1(c);

      (d)    Notify the Court immediately of any matter affecting my standing at the bar of the jurisdiction identified above; and

      (e)    Have the pleadings, briefs and other papers filed with the Court signed by John H. Choi, Esq., counsel of record, who is a member in good standing of the State Bar of New Jersey and the United States District Court for the District of New Jersey.

6.    On the basis of the foregoing, I therefore respectfully request that this Court enter the attached Order for admission for the purpose of representing the Plaintiff in this action.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: November 22, 2022                      Respectfully submitted,

                                              */s/ Kurtis M. Hendricks*
                                              Kurtis M. Hendricks